UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| OSCAR RAFAEL SANCHEZ, | Case No. 5:21-00316 JVS (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| T. CISNEROS, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), Respondent's Answer (Dkt. No. 16), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 19), and all the records and files herein.  No objections were filed, and the time to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Court approves and accepts the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 19);

2. The Petition is denied and dismissed with prejudice; and

3. Judgment is to be entered accordingly.

DATED: August 18, 2023

_____
THE HONORABLE JAMES V. SELNA
United States District Judge