UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RAFAEL SANCHEZ,<br><br>  Petitioner,<br><br>  v.<br><br>T. CISNEROS, Warden,<br><br>  Respondent. | Case No. 5:21-00316 JVS (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied with prejudice.

DATED: August 18, 2023    _____
                          THE HONORABLE JAMES V. SELNA
                          United States District Judge